UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NUMBER: 6:22-cv-1472

LINDA MATKOVICH,

   Plaintiff,

v.

THE STANDARD FIRE INSURANCE COMPANY,

   Defendant.
_____/

## NOTICE OF REMOVAL

  Defendant, THE STANDARD FIRE INSURANCE COMPANY, a Connecticut Corporation, pursuant to 28 U.S.C. §1332, 28 U.S.C. §1.441, 28 U.S.C. §1.446, and Local Rule 4.02, hereby files and serves his Notice of Removal of this cause from the Circuit Court in and for the Ninth Judicial Circuit in and for Orange County, Florida to the United States District Court for the Middle District of Florida and, in support thereof, would set forth the following:

  1. This lawsuit involves an action for personal injuries that arose on August 18, 2021.

  2. The plaintiff is Linda Matkovich who, according to her Complaint, was a citizen of Florida on said date. (A copy of the plaintiff's Complaint is attached hereto as Exhibit "A".)

  3. The defendant is and was a citizen of the State of Connecticut on said date. (A copy of the defendant's Answer is attached hereto as Exhibit "B".)

  4. The amount in controversy exceeds $75,000.00, exclusive of interests and costs. Plaintiff has submitted a life care plan delineating future medical costs that exceed $91,000.

Coupled with past medical expenses, which exceed $13,000, and non-economic damages, the value of this case exceeds the statutory threshold. (A copy of the Plaintiff's Life Care Plan is attached hereto as Exhibit "C".)

5. Thus far, plaintiff has filed with the circuit court a civil cover sheet, a summons, a complaint, requests for admissions, requests to produce, and interrogatories to Defendant. The defendant has filed with the circuit court an answer and affirmative defenses, a notice of service of interrogatories, a request for production, a request for admissions, and responses to Plaintiff's request for admissions. (Copies of these pleadings and documents are attached hereto as Composite Exhibit "D".)

7. Based on the amount in controversy in this civil action, and the fact that the parties hereto are citizens of different states, the district court has jurisdiction over this matter pursuant to 28 U.S.C.§1332(a).

8. A true and correct copy of this notice is being served this date on the attorney for plaintiff and is being filed with the Clerk of the Circuit Court in the Eighteenth Judicial Circuit in and for Seminole County, Florida.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 18th day of August, 2022, a true and correct copy of the foregoing document has been provided to the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Luis F. Zavala, Esq.*
Luis F. Zavala, Esq.
Florida Bar: 91247
Law Offices of Jack D. Evans
2420 Lakemont Avenue, Suite 125
Orlando, FL 32814
Tel: 407-388-2904
Fax: 855-203-0311
Attorneys for Defendant
Primary Email: lzavala@travelers.com
Secondary Email: jdeorlan@travelers.com

**SERVICE LIST**              **CASE NUMBER: 6:22-cv-1472**

Martin J. Jaffe, Esq.,
mjaffe@forthepeople.com
scolon@forthepeople.com
tkirwan@forthepeople.com
Morgan & Morgan, P.A.
230 N. Woodland Blvd., Suite 308
Deland, FL 32720